**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron E. Wittkamper, | No. CV 11-8169-PCT-RCB (MEA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Plaintiff Aaron E. Wittkamper, who is confined in the Arizona State Prison Complex-Douglas, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. In a November 30, 2011 Order, the Court denied the Application to Proceed with leave to refile. On December 16, 2011, Plaintiff filed a new Application to Proceed. On February 8, 2012, the Court dismissed the Complaint and this action for failure to state a claim. The Clerk of Court entered judgment on the same date.

Pending before the Court is Plaintiff's February 17, 2012 First Amended Complaint (Doc. 10). This case is closed. The Court will therefore strike Plaintiff's First Amended Complaint.

. . .

. . .

. . .

1   **IT IS ORDERED** that the Clerk of Court **must strike** from the docket Plaintiff's
2   February 17, 2012 First Amended Complaint (Doc. 10).
3   DATED this 29th day of March, 2012.

    _____
    Robert C. Broomfield
    Senior United States District Judge